THERESA JANAC, Respondent, v. EDWARD ADAMS, Appellant.— REYNOLDS, J.

624

Herlihy, P. J., Reynolds, Staley, Jr., Greenblott and Cooke, JJ., concur in memorandum by Reynolds, J.